UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICKLAUS VIGUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:11-cv-00052-NT |
| | ) |
| COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed January 10, 2012, the Recommended Decision is AFFIRMED. It is therefore ORDERED that the Commissioner's final decision is AFFIRMED.

SO ORDERED.

/s/ Nancy Torresen_____
Nancy Torresen
United States District Judge

Dated this 27th day of February, 2012.